| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:23-cv-00047-DCLC-CRW |
| DAVID B. RAUSCH, Director of the ) | |
| Tennessee Bureau of Investigation, in his ) | |
| official capacity, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At the parties' request, this Court stayed this case [Doc. 13] pending the resolution of *Does 1-9 v. Lee*, 102 F.4th 330 (6th Cir. 2024). The Sixth Circuit has now rendered its decision in the matter, the parties have conferred but do not agree on its application to the facts of this case. They ask the Court to set a status conference to resume litigation. Accordingly, the stay in this case is **LIFTED**. A scheduling conference is set for **Tuesday, October 15, 2024 at 9:00 a.m**. The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

SO ORDERED:

s/Clifton L. Corker
United States District Judge