UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CV-00047-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID B. ROUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A scheduling conference in this matter was previously set for **Tuesday, October 15, 2024, at 9:00 a.m.** Due to conflicts in scheduling, that scheduling conference is hereby **RESET** to **Wednesday, October 16, 2024, at 2:30 p.m. EST.** The parties shall call the Court's conference line at 866-390-1828 and enter access code 4845352 at the appointed time.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge