IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TENNESSEE AT GREENVILLE

| | |
|---|---|
| JOHN DOE | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00047 |
| DAVID B. RAUSCH, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Defendant has filed a Motion [Doc. 31] requesting modification of the schedule applicable to the filing and briefing of motions to dismiss, which was established by the district court's order entered on October 16, 2024. [Doc. 30]. Defendant advises that Plaintiff does not oppose the requested modification.

The Court finds Defendant's Motion [Doc. 31] to be well-taken and it is **GRANTED**. Defendant shall file his motion to dismiss by **December 13, 2024**, and Plaintiff shall file his response thereto by **January 13, 2025**. Defendant shall then file any reply he deems necessary by **January 27, 2025**. All other dates and deadlines set forth in the district court's prior Order [Doc. 30] not specifically modified herein remain in effect.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge