UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 2:23-CV-00047-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

The parties have filed a Stipulation of Dismissal and a Joint Motion to dissolve preliminary injunction [Doc. 37]. The parties stipulate that all claims against Defendant are settled and should be dismissed with prejudice and further that the Court's preliminary injunction previously entered should be dissolved based on their stipulation [Doc. 13].

The parties' joint motion is well-taken and **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**, and the preliminary injunction previously entered by the Court [Doc. 13] is hereby **DISSOLVED**. Finally, the remaining pending motions in this case [Docs. 33, 35] are **DENIED AS MOOT**. A separate judgment shall enter.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge