UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID RAUSCH, Director of the Tennessee Bureau of Investigation, in his official capacity,<br><br>      Defendant. | 2:23-CV-00047-DCLC-CRW |

**JUDGMENT**

This case came before the Court on the parties' Stipulation of Dismissal and Joint Motion to Dissolve Preliminary Injunction. [Doc. 37]. For the reasons stated in the accompanying order, the Motion [Doc. 37] is **GRANTED**. The preliminary injunction [Doc. 13] is **DISSOLVED**, and this case is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to close this case.

    **SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court